UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SOUTHEND MEAT MARKET, INC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| THROUGH ITS AGENCY, THE | )   Cause No. |
| UNITED STATES DEPARTMENT | ) |
| OF AGRICULTURE | ) |
| | ) |
| Defendant. | ) |
| | ) |
| <u>Serve:</u> | ) |
| U.S. Department of Agriculture | ) |
| 1400 Independence Avenue, S.W. | ) |
| Washington, D.C. 20250 | ) |

## COMPLAINT

COMES NOW Plaintiff, South End Meat Market, Inc. ("Plaintiff") and for its Complaint for judicial review of the decision by the United States of America, acting through its agency, the United States Department of Agriculture ("USDA"), to permanently disqualify Plaintiff from participation in the Supplemental Nutrition Assistance Program, states as follows:

## PARTIES

1. Southend Meat Market, Inc. ("Southend") is an Illinois corporation. Southend operates a grocery store located at 1901 Central Avenue, East St. Louis, IL 62207.

2. Defendant USDA operates the Supplemental Nutrition Assistance Program ("SNAP") through its Food and Nutrition Service ("FNS").

3. Southend has been a participant in the SNAP for more seven years, and has never been cited for any violation under the SNAP.

## **VENUE/JURISDICTION**

4. This matter involves the judicial review of the decision of USDA, through its FNS, to permanently disqualify Southend from the SNAP. This Court has jurisdiction pursuant to 7 U.S.C. § 2023(13) and 7 CFR §279.7.

5. Venue is proper in this District pursuant 7 U.S.C. § 2023(13) and 7 CFR §279.7 in that Southend operates its grocery store within the Southern District of Illinois.

## **PROCEDURAL HISTORY**

6. On January 30, 2017, Defendant USDA issued a Final Agency Decision to Southend upholding the USDA's decision to permanently disqualifying Southend from participation in the SNAP (the "Agency Decision"). A copy of the Agency Decision is attached hereto as <u>Exhibit A</u>. The purported basis for the Agency Decision was that "more likely than not true that" Southend engaged in trafficking in SNAP benefits pursuant to 7 CFR §§ 278.6(c) and 278.6(e)(1).

7. This Complaint is timely filed in that pursuant to 7 CFR § 279.7(a), the complaint must be filed "within 30 days after the date of delivery or service" of the Agency Decision.

8. Per 7 USC § 2023(15) and 7 CFR § 279.7(c), the suit in the U.S. district court shall be a "trial de novo" by the court in which "the court shall determine the validity of the questioned administrative action."

## COUNT I – JUDICIAL REVIEW OF FINAL AGENCY DECISION

9. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1-8 above.

10. The Agency Decision should be reversed because:

   a. Plaintiff did not commit the alleged acts of trafficking;

   b. The USDA failed to produce evidence that Plaintiff committed the alleged acts of trafficking; and

   c. The USDA denied the Plaintiff due process by failing to produce to Plaintiff the evidence upon which it relied for the Agency Decision, and because Plaintiff was not permitted to respond to the evidence referred to in the Agency Decision.

WHEREFORE, Plaintiff requests that this Court set aside the Final Agency Decision and enter its own Order and Judgment that Plaintiff did not commit the alleged acts of trafficking, reversing the permanent disqualification of Plaintiff from the SNAP, and for such other and further relief as may be just and proper.

**WITZEL KANZLER & DIMMITT LLC**

By: /s/ Jay L. Kanzler Jr.
    Jay L. Kanzler Jr. #6208895
    Coren Brown #6304634
    2001 S. Big Bend Blvd.
    St. Louis, Missouri 63117
    Tel: (314) 645-5367
    Fax: (314) 645-5687

Attorneys for Plaintiff Southend Meat Market, Inc.